# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2021 SEP 22 P 2: 03

| | | |
|---|---|---|
| **DAVID WHITLOW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO:** |
| | ) | 2:21-CV-632 |
| **KENDRA FOWLER, CUSTOMERS** | ) | **Removed from the Circuit Court of** |
| **BANK d/b/a BANKMOBILE,** | ) | **Montgomery County, Alabama** |
| **SQUARE, INC. OF CALIFORNIA** | ) | **No. 03-CV-2021-900898** |
| **d/b/a CASH APP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>DEFENDANT SQUARE, INC. OF CALIFORNIA D/B/A CASH APP'S CONSENT TO REMOVAL</u>

COMES NOW Defendant Square, Inc. of California d/b/a Cash App ("Cash App"), by and through undersigned counsel, and hereby consents to the removal of the action styled *David Whitlow v. Kendra Fowler, et al.*, Case No. CV-2021-900898 from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division, with a full reservation of all rights, claims, demands, defenses, and objections, which include but are not limited to any and all affirmative defenses set forth in Rules 8 and 12 of the Federal Rules of Civil Procedure, including, but not limited to, failure to state a claim upon which relief can be granted.

Dated: September 21, 2021

Respectfully submitted by,

*/s/ J. Walton Jackson*
J. Walton Jackson
MAYNARD COOPER & GALE, P.C.
11 North Water Street
RSA Battle House Tower, Suite 24290
Mobile, AL 36602
Telephone: (251) 432-0029
Facsimile: (251) 432-0007
Email:  wjackson@maynardcooper.com

Molli Masanai
MAYNARD COOPER & GALE, P.C.

1901 Sixth Ave. N, Suite 1700
Birmingham, AL 35203
Telephone: (205) 254-1230
Facsimile: (205) 714-6325
Email: mmasaniai@maynardcooper.com

*Attorney for Square, Inc. of California d/b/a
Cash App*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that this pleading has been served via CM-ECF, on this the

21st day of September 2021, on the following:

C. Lance Gould
Tyner D. Helms
Beasley, Allen, Crow, Methvin, Portis & Miles, PPC
218 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-2343
Lance.Gould@beasleyallen.com
Tyner.Helms@beasleyallen.com

Kendra Fowler
621 Underwood Drive
Montgomery, Alabama 36108

*/s/ J. Walton Jackson*
OF COUNSEL
